UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRACY FULLER,

Plaintiff,

v.

CERKVENIK-ANDERSON T,

Defendant.

ORDER

Civil No.: 00-666 (MJD/JGL)

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Base upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceeding herein,

IT IS HEREBY ORDERED THAT:

1. The case is **DISMISSED** for lack of prosecution.

Dated: 6-5-02

MICHAEL J. DAVIS, Judge
United States District Court

JUN 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 01-2159 (MJD/JGL)

RALPH JORGENSEN,

Plaintiff,

v. ORDER

JOHN POTTER,

Defendant.

---

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for 30 days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: 6-5-02

MICHAEL J. DAVIS
United States District Court Judge

FILED JUN 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
02 MAY 21 PM 2:37
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MN

Minnesota Mining and Manufacturing Company, a Delaware corporation,

Plaintiff,

v.

Print-Inform GmbH & Co.
a German corporation

Defendant.

Civil Action No.
01-2247 (MJD/JGL)

**ORDER**

IT IS HEREBY ORDERED, that the time period for Defendant Print-Inform GmbH & Co to answer or move is extended 90 days, until June 3, 2002.

6-5-02
DATE

JUDGE DAVIS

FILED JUN
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK