# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Tracy Fuller

v.

Cerkvenik-Anderson T

Case No. Civil 00-666MJDUJGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** The case is dismissed for lack of prosecution

DATE: 6.5.02

RICHARD D. SLETTEN, CLERK

G Schneider

Gloria Schneider, Deputy Clerk